UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| C.B. by and through his next friend, Charleston DePriest, et al. ) ) **Plaintiffs,** ) ) v. ) ) **WALNUT GROVE CORRECTIONAL AUTHORITY, et al.** ) ) ) **Defendants.** ) ) | Civil Action No. 3:10cv663-CWR-FKB |

**JOINT MOTION FOR PROTECTIVE ORDER**

The parties jointly request that the Court enter the proposed Protective Order to protect confidential information that could affect the security and operation of the Walnut Grove Security Correctional Facility (WGCF). The parties have discussed at length and agreed to specific terms that are detailed in the Agreed Protective Order.

The parties respectfully request the Court grant this Motion and enter the Agreed Protective Order.

Dated this 10th day of March, 2015

Respectfully submitted,

/s/Margaret Winter
Margaret Winter
National Prison Project of ACLU
915 15th Street, NW, 7th Floor
Washington, DC 20005
Phone: (202) 393-4930
Fax: (202) 393-4931
mwinter@aclu.org
(admitted *pro hac vice*)

1

/s/Jody E. Owens, II
Jody Owens, II, MSB No. 102333
Jennie Eichelberger, MSB102522
Southern Poverty Law Center
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
(601) 948-8882 (phone)
(601) 948-8885 (fax)
jody.owens@splcenter. Org
jennie.eichelberger@splcenter.org

Robert B. McDuff
Jacob W. Howard
McDuff & Byrd
767 N. Congress
Jackson, MS
Phone: (601) 969-0802
Fax: (601) 969-0804
rbm@mcdufflaw.com
jake@mcdufflaw.com

**ATTORNEY FOR PLAINTIFFS**


JIM HOOD, ATTORNEY GENERAL
STATE OF MISSISSIPPI

/s/ Harold E. Pizzetta, III
Harold E. Pizzetta, III, Bar No. 99867
Krissy C. Nobile, MS Bar No. 103577
Civil Litigation Division
Office of the Attorney General
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601) 359-3860
Facsimile: (601) 359-2003
hpizz@ago.state.ms.us
knobi@ago.state.ms.us

Gary E. Friedman, MS Bar No. 5532
Todd Butler, MS Bar No. 102907
PHELPS DUNBAR, LLP
4270 I-55 North
Jackson, Mississippi 39211-6391 Post
Office Box 16114
Jackson, Mississippi  39236-6114
Telephone: 601-352-2300

2

       Facsimile: 601-360-9777
       friedmag@phelps.com
       todd.butler@phelps.com

       **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I, Jody E. Owens, II, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    SO CERTIFIED, this 10th day of March, 2015.

                                                /s/Jody E. Owens, II
                                                Jody E. Owens, II