## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | | |
|---|---|---|
| **C.B. by and through his**<br>**next friend, Charleston DePriest, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 3:10cv663-CWR-FKB** |
| **v.** | ) | |
| | ) | |
| **WALNUT GROVE CORRECTIONAL** | ) | |
| **AUTHORITY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## <u>AGREED PROTECTIVE ORDER</u>

This matter is before the Court on a Joint Motion for Protective Order regarding specific enumerated documents related to the operation and security of the Walnut Grove Correctional Facility.

IT IS HEREBY ORDERED:

1. Pursuant to the terms of this Order, Defendants shall produce to Plaintiffs' counsel the Emergency Response Plan and policies contained in Chapter 8: Security and Control from the Walnut Grove Correctional Facility.

2. Unless otherwise ordered by this Court, Plaintiffs' counsel shall not disclose or permit to be disclosed the documents or their contents to anyone other than their correctional expert Eldon Vail.

3. Plaintiffs' counsel and Vail shall hold the documents and the information contained therein in the strictest of confidence and take precautions to prevent the disclosure or use of the

information other than as authorized by this Order.  In the event of an unauthorized disclosure or use, plaintiffs' counsel shall promptly notify defendants' counsel.

4.   Neither the documents nor their contents shall be disclosed in any public filing or proceeding without first obtaining permission from this Court.

5.  Upon the termination of the underlying action, Plaintiffs' counsel shall either return all copies of confidential documents or certify in writing to defendants' counsel that all such copies have been destroyed.

SO ORDERED this 13th day of March, 2015.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

/s/ Margaret Winter
Margaret Winter
National Prison Project of ACLU
915 15th Street, NW, 7th Floor
Washington, DC 20005
Phone: (202) 393-4930
Fax: (202) 393-4931
mwinter@npp-aclu.org
(admitted pro hac vice)
Counsel for Plaintiffs

/s/ Harold E. Pizzetta, III
Harold E. Pizzetta, III, Bar No. 99867
Civil Litigation Division
Office of the Attorney General
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601) 359-3860
Facsimile: (601) 359-200
hpizz@ago.state.ms.us
Counsel for Defendants.