UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

C.B. by and through his
next friend, CHARLESTON DEPRIEST, et al.)

    PLAINTIFFS,

v.             Civil Action No. 3:10cv663-CWR-FKB

WALNUT GROVE CORRECTIONAL
AUTHORITY, et al.

    DEFENDANTS.

## PLAINTIFFS' EXHIBIT LIST

| Exhibit No. | Description | Sponsor | Evid. |
|---|---|---|---|
| Exhibit 1 | Eldon Vail's Resume | Vail | X |
| Exhibit 2 | Consent Decree dated March 26, 2012 | Vail | X |
| Exhibit 3 | Fourth Monitors' Report dated April 7, 2014 | Vail | X |
| Exhibit 4 | Eldon Vail Report dated March 14, 2014 | Vail | X |
| Exhibit 5 | MTC After Action Report | Vail | X |
| Exhibit 6 | Eldon Vail Report on EMCF dated June 16, 2014 | | |
| Exhibit 7 | DOJ Report dated March 2012 | Vail | X |
| Exhibit 8 | Eldon Vail Report dated August 4, 2014 | Vail | X |
| Exhibit 9 | DVD of July 10, 2014 Riot | Vail | X |
| Exhibit 10 | Fifth Monitors' Report dated October 22, 2014 | Vail | X |
| Exhibit 11 | MTC Safety Committee Policy | Vail | X |
| Exhibit 12 | Memo from Warden Lepher Jenkins to Vice President Marjorie Brown re: Safety Committee dated Thursday, January 22, 2015 | Vail | X |

| Exhibit No. | Description | Sponsor | Evid. |
|---|---|---|---|
| 4/1/15 Exhibit 13 | MDOC Policy 16-19, Security Threat Group Management | Vail | X |
| 4/1/15 Exhibit 14 | MDOC Policy 16-19-09 Security Threat Group Management- Offender in Private Prisons & County Regional Facilities | Vail | X |
| 4/1/15 Exhibit 15 | Monitors' Sixth Report dated March 6, 2015 | Vail | X |
| 4/1/15 Exhibit 16 | Walnut Grove Correctional Facility Program Overview | Vail | X |
| 4/2/15 Exhibit 17 | Eldon Vail's February 2015 Report | Vail | X |
| 4/1/15 Exhibit 18 | MTC February 2015 Monthly Report | Vail | X |
| 4/1/15 Exhibit 19 | Monitors' First Report dated February 8, 2013 | Vail | X |
| 4/1/15 Exhibit 20 | Monitors' Second Report dated April 1, 2013 | Vail | X |
| 4/1/15 Exhibit 21 | Monitors' Third Report, dated October 19, 2013 | Vail | X |
| 4/3/15 Exhibit 22 | Comparison Chart of Monitors' Compliance Ratings | Vail/Martin | X |
| 4/1/15 Exhibit 23 | MDOC's Policy on Use of Force, MDOC SOP 16-23-01 | Vail | X |
| 4/1/15 Exhibit 24 | Material Safety Data Sheet | Vail | X |
| 4/1/15 Exhibit 25 | Cell Door Operations Memo dated June 10, 2014 | Vail | X |
| 4/23/15 Exhibit 26 | UOR 14-551 dated November 12, 2014 | Jenkins | X |
| 4/23/15 Exhibit 27 | UOR 14-858 dated December 7, 2014 | Jenkins | X |
| 4/23/15 Exhibit 28 | UOR 14-550 December 12, 2014 | Jenkins | X |
| 4/23/15 Exhibit 29 | UOR 14-065 dated December 25, 2014 | Jenkins | X |
| Exhibit 30 | UOR 15-008 dated January 11, 2015 | | |
| Exhibit 31 | UOR 15-011 dated January 14, 2015 | | |
| Exhibit 32 | UOR 15-037 dated February 2, 2015 | | |
| 4/2/15 Exhibit 33 | March 23, 2015 email from Harold Pizzetta regarding S. Heatherly | Brown | X |
| 4/2/15 Exhibit 34 | March 23, 2015 email from Harold Pizzetta regarding March 21, 2015 incident. | Brown | X |

2

| Exhibit No. | Description | Sponsor | Evid. |
|---|---|---|---|
| Exhibit 35 | "Cuts hit 'Grove Prison article that printed in the Carthaginian Newspaper on February 12, 2015 | | |
| 4/2/15 Exhibit 36 | UOR 13-638 dated December 31, 2013 | Brown | X |
| 4/2/15 Exhibit 37 | UOR 14-342 dated July 10, 2014 | Brown | X |
| Exhibit 38 | Contract between MDOC and Walnut Grove Correctional Authority dated October 18, 2012 | | |
| Exhibit 39 | First Amendment to Contract between MDOC and Walnut Grove Correctional Authority dated February 19, 2013 | | |
| Exhibit 40 | Contract between Management and Training Corporation and Walnut Grove Correctional Authority dated August 14, 2012 | | |
| Exhibit 41 | Second Amendment to the Contract between MDOC and Walnut Grove Correctional Authority, dated February 1, 2015 | | |
| 4/3/15 Exhibit 42 | "Woman Arrested for Having Sex with Jail Inmate" article that printed in the Carthaginian Newspaper on October 2, 2014. | Evans | X |
| 4/3/15 Exhibit 43 | ARP submitted by Jeremy Evans dated September 25, 2014 | Evans | X |
| 4/3/15 Exhibit 44 | Jeremy Evans' Certificates related to healthcare | Evans | X |
| 4/23/15 Exhibit 45 | Exhibit 45, WGCF March 2015 Monthly Report | Jenkins | X |
| 4/23/15 Exhibit 46 | EOR 15-084 dated March 7, 2015 | Jenkins | X |
| 4/23/15 Exhibit 47 | EOR 15-085 dated March 7, 2015 | Jenkins | X |
| 4/23/15 Exhibit 48 | EOR 15-114 dated March 14, 2015 | Jenkins | X |
| 4/23/15 Exhibit 49 | EOR 15-106 dated March 19, 2015 | Jenkins | X |
| 4/23/15 Exhibit 50 | EOR 15-109 dated March 21, 2015 | Jenkins | X |
| 4/23/15 Exhibit 51 | EOR 15-124 dated March 28, 2015 | Jenkins | X |
| 4/23/15 Exhibit 52 | EOR 15-118 dated March 31, 2015 | Jenkins | X |
| Exhibit 53 | April 22, 2014 email from Gary Friedman regarding Defendants' Exhibit 9 | | |

| | | | |
|---|---|---|---|
| 4/27/15 - Exhibit 54 | WGCF Emergency Action Plan—Table of Contents | Vail | X |
| 4/27/15 Exhibit 55 | WGCF Emergency Response Plan (under seal) | Vail (ID) | |
| 4/27/15 Exhibit 56 | WGCF Emergency Action Plan's General Checklist (under seal) | Vail (ID) | |