| | Policy Number: 07-05 |
|---|---|
| Management & Training Corporation | Pages: 1 of 3 |
| | Related ACA Standards: |
| Chapter: Safety | Review Date: Annually |
| Subject: Safety Committee | Reviewer: Warden |
| | Fire/Safety Manager |
| Revised: None | Effective Date: January 22, 2015 |

## PURPOSE

To establish a committee comprised of individuals from all departments to oversee, inspect, audit, implement, review, and educate staff on workplace safety issues.

## POLICY

The Walnut Grove Correctional Facility is responsible for establishing a safety committee to ensure the facility commitment to safety meets company policy.

## PROCEDURES

A. <u>Formulation of Safety Committee</u>

1. The Facility Administrator shall impanel a permanent Safety Committee.
2. This committee shall be comprised of key management/supervisory team members from each of the operational disciplines within the facility (I.e. Security, Programs, Health Services, Business Management, Maintenance, and Food Service).
3. The Fire/Safety Officer, Human Resources Manager and Training Officer shall serve on this committee as well.
4. The Facility Administrator shall designate one of the members to serve as the chairperson of the committee.
5. The chairman shall appoint sub-committee heads to include but not be limited to Inspections, Training, Emergency Plans, Incentive Programs, OSHA Compliance, Accident Review, and Insurance.
6. The Safety Committee shall report directly to the Facility Administrator.

B. <u>Meetings</u>

1. The committee shall convene monthly at an appropriate time and location
2. Minutes shall be kept at each meeting and kept on sight for review.

| Subject: Safety Committee | Page 2 of 3 |
|---|---|
| Chapter: Safety | Policy Number: 07-05 |

3. Attendance shall be taken at each meeting via a sign-in sheet that will be kept with the minutes.
4. The time, location and agenda shall be posted at least one week in advance of the meeting.
5. The meeting shall be open to all employees.

C. Purpose of Meetings

The committee shall address the following as part of their regular meeting functions:

1. Accident Review

    The Safety Committee shall review the workplace accidents reported in the prior month. The purpose of the review is to understand what caused the accident to happen and what can be done to prevent future similar accidents.

2. Safety Inspections

    The Safety Committee shall review the facility inspections conducted by the Fire Safety Officer and other staff. In addition the Safety Committee shall conduct quarterly inspections of the entire facility. It is recommended that staff from one department inspect other departments.

3. Incentive Program

    The Safety Committee shall direct and implement the Facility Safety Incentive Program. The program should be customized to the needs of the staff. The Incentive Program should recognize and in some cases reward staff suggestions for improving workplace safety.

4. OSHA Compliance

    The Safety Committee shall review OSHA logs and compliance documentation and ensure that the facility maintains OSHA compliance at all times.

5. Emergency Plans

    a. The Safety Committee shall convene after all critical incidents to ensure proper safety protocols have been followed. The committee shall submit a report to the Facility Administrator detailing the effectiveness of the emergency response and recommendations for any corrective actions that may be necessary.

| Subject: Safety Committee | Page 3 of 3 |
|---|---|
| Chapter: Safety | Policy Number: 07-05 |

    b. The Facility Administrator shall require all staff to engage in periodic emergency response drills to test their knowledge of their roles and the validity of each emergency response plan.
    c. The Safety Committee shall review the results of the emergency response drills to ensure that the plans are functional.
    d. Any need to change emergency plans shall be addressed immediately.

This policy shall be reviewed annually and revised as necessary.

MONITORING/EVALUATION:

This policy shall be reviewed annually by the Warden and Fire and Safety Manager and revised as necessary.

*[signature]*
Warden / Designee Walnut Grove Correctional Facility

COMMENTS: