

Walnut Grove Correctional Facility

# MEMO

To: Marjorie Brown, VP Region IV

From: Lepher Jenkins, Warden

Cc: File

Date: Thursday, January 22, 2015

Re: Safety Committee

---

Currently the Walnut Grove Correctional Facility operate with specific policies concerning safety meeting and minutes of those meetings. None of our unit polices require a safety meeting to be convened after all serious incidents. However, this requirement is part of Walnut Grove Correctional Facility Emergency Plan. As a result the Walnut Grove Correctional Facility is in the process of changing our unit policies referencing safety committees to reflect convening a safety committee as part of the after action on all serious incidents with minutes as support documentation.

# MEMO

To: Lisa Rich

From: Fire & Safety Lieutenant, Jerome Benton
Date: August 28, 2014

Subject: Safety Committee Meeting for the month of August from 1:00 pm to 2:00 pm

Attendees: 1. Deputy Warden Grady Wallace ; 2. Major Terry Daniel; 3. Nurse Kathy Hogue; 4. Sergeant Terry Spears; 5. Fire & Safety Jerome Benton

Minutes

ACCIDENTS OF STAFF AND OFFENDERS:

There were three staff injury reports and 36 offender reports. Mr. Benton gave an overview of staff and offender accidents and injuries and discussed preventive measures.

1. C/O Lewis – Abrasion on right finger
   Preventive Measure – Be more careful when closing doors.
2. C/O Cary – Dashed in face with urine
   Preventive Measure – Be careful how you look in offender's cells and how you approach them
3. C/O Lyle – Dashed in face with urine
   Preventive Measure – Be more careful how you look in offender's cells and how you approach them. Offenders have be careful when they are out for recreation and when they are around other offenders for preventive measures.

TRAINING:
Discussed having evacuation drills in H/U 4 and training the staff about evacuation of offenders critical situations.

MONTHLY SAFETY AND SANITATION:

Discussed that night shift has a clean-up crew for every night now and this going to help out on clean-up now. The facility is looking better.

SAFETY INSPECTIONS:

No problems on inspections this month and meeting was adjourned.

July Safety Committee Meeting- Enterprise Vault Archived Item                                Page 1 of 2

| | | | |
|---|---|---|---|
| From | Jerome Benton | Date | Friday, July 25, 2014 2:51:40 PM |
| To | Lisa Rich | | |
| Cc | Jerome Benton | | |
| Subject | July Safety Committee Meeting | | |

image001.jpg (839 KB HTML)  image002.jpg (9 KB HTML)

# MEMO

To: Lisa Rich

From: Fire & Safety Lieutenant, Jerome Benton
Date: July 25, 2014

Subject: Safety Committee Meeting for the month of July

---

Meeting was from 1:00 p.m. to 2:00p.m.
Attendees: 1.Grady Wallace, 2. Beverly Patrick, 3. Evangeline Harvey, 4. Thomas Hays, 5. Terry Daniels, 6. Jerome Benton

### MINUTES

Mr. Benton gave an overview of employee accidents and injuries for the month and staff discussed preventive measures.

1. C/O Howard—Smashed finger in cell door
   Preventive Measure – be more careful and watch when closing doors.
2. C/O Boone --- Busted Lip
   Preventive Measure—Watch how you interact with inmates
3. C/O Cummings --- Scratches on Right Arm and Left Hand
   Preventive Measures --- Be careful when you are feeding through food portal and watch what your surroundings.

TRAINING:
   1. Discussed in-service training for Officers about having the proper equipment, when responding to drills.

MONTHLY SAFETY & SANITATION:
   1. Discussed when 1st Aid Kits seals are broken that an incident report needs to be written.
   2. ROS Cadets are doing a good job cleaning the facility and yard keeping

SAFETY INSPECTIONS:

   1. KITCHEN HAAD ANOTHER INSPECTION DONE BY THE Mississippi Health Department and made score of 100. VERY GOOD

OPEN TALK:
   1. Discuss the upkeep of facility shower and painting each one of them.
   2. Discuss the problem with flies and how to exterminate them.

https://evsrv1.mtcfrains.com/enterprisevault/ViewMessage.aspx?VaultId=100700061E28410    8/28/2014

| Management & Training Corporation | Policy Number: 07-05<br>Pages: 1 of 3<br>Related ACA Standards: |
|---|---|
| Chapter: Safety<br><br>Subject: Safety Committee | Review Date: Annually<br><br>Reviewer: Warden<br><br>Fire/Safety Manager |
| Revised: None | Effective Date: January 22, 2015 |

## PURPOSE

To establish a committee comprised of individuals from all departments to oversee, inspect, audit, implement, review, and educate staff on workplace safety issues.

## POLICY

The Walnut Grove Correctional Facility is responsible for establishing a safety committee to ensure the facility commitment to safety meets company policy.

## PROCEDURES

### A. Formulation of Safety Committee

1. The Facility Administrator shall impanel a permanent Safety Committee.
2. This committee shall be comprised of key management/supervisory team members from each of the operational disciplines within the facility (i.e. Security, Programs, Health Services, Business Management, Maintenance, and Food Service).
3. The Fire/Safety Officer, Human Resources Manager and Training Officer shall serve on this committee as well.
4. The Facility Administrator shall designate one of the members to serve as the chairperson of the committee.
5. The chairman shall appoint sub-committee heads to include but not be limited to Inspections, Training, Emergency Plans, Incentive Programs, OSHA Compliance, Accident Review, and Insurance.
6. The Safety Committee shall report directly to the Facility Administrator.

### B. Meetings

1. The committee shall convene monthly at an appropriate time and location
2. Minutes shall be kept at each meeting and kept on sight for review.

| Subject: Safety Committee | Page 2 of 3 |
|---|---|
| Chapter: Safety | Policy Number: 07-05 |

3. Attendance shall be taken at each meeting via a sign-in sheet that will be kept with the minutes.
4. The time, location and agenda shall be posted at least one week in advance of the meeting.
5. The meeting shall be open to all employees.

C. Purpose of Meetings

The committee shall address the following as part of their regular meeting functions:

1. Accident Review

    The Safety Committee shall review the workplace accidents reported in the prior month. The purpose of the review is to understand what caused the accident to happen and what can be done to prevent future similar accidents.

2. Safety Inspections

    The Safety Committee shall review the facility inspections conducted by the Fire Safety Officer and other staff. In addition the Safety Committee shall conduct quarterly inspections of the entire facility. It is recommended that staff from one department inspect other departments.

3. Incentive Program

    The Safety Committee shall direct and implement the Facility Safety Incentive Program. The program should be customized to the needs of the staff. The Incentive Program should recognize and in some cases reward staff suggestions for improving workplace safety.

4. OSHA Compliance

    The Safety Committee shall review OSHA logs and compliance documentation and ensure that the facility maintains OSHA compliance at all times.

5. Emergency Plans

    a. The Safety Committee shall convene after all critical incidents to ensure proper safety protocols have been followed. The committee shall submit a report to the Facility Administrator detailing the effectiveness of the emergency response and recommendations for any corrective actions that may be necessary.

| Subject: Safety Committee | Page 3 of 3 |
|---|---|
| Chapter: Safety | Policy Number: 07-05 |

    b. The Facility Administrator shall require all staff to engage in periodic emergency response drills to test their knowledge of their roles and the validity of each emergency response plan.
    c. The Safety Committee shall review the results of the emergency response drills to ensure that the plans are functional.
    d. Any need to change emergency plans shall be addressed immediately.

This policy shall be reviewed annually and revised as necessary.

## MONITORING/EVALUATION:

This policy shall be reviewed annually by the Warden and Fire and Safety Manager and revised as necessary.

*Shaniece H. Melby*
Warden / Designee Walnut Grove Correctional Facility

**COMMENTS:**