| MISSISSIPPI DEPARTMENT OF CORRECTIONS | | POLICY NUMBER 16-19 |
|---|---|---|
| | | AGENCY WIDE |
| SECURITY THREAT GROUP MANAGEMENT | | INITIAL DATE 03-01-1999 |
| ACA STANDARDS: | | EFFECTIVE DATE 05-01-2009 |
| STATUTES: | RESTRICTED | PAGE 1 of 4 |

POLICY:

It is the policy of the Mississippi Department of Corrections (MDOC) to maintain a "Zero Tolerance" for Security Threat Group members whose validation and/or actions pose a threat or potential threat to the safety of staff, offenders, the public and the security of the facility.

DEFINITIONS:

Security Threat Group (STG) – Any formal or informal organization, association or group of persons, which may possess a common name, identifying sign or symbol whose members or associates currently engage in or have engaged in illegal activities prior to confinement and/or MDOC policy violations/unlawful acts during confinement.

Designated Security Threat Group – A group or organization designated as a STG by the Commissioner as a result of sufficient evidence as documented by the Corrections Investigation Division.

Organization – Term often used by STG Members (gangs) to identify themselves rather than call themselves a "gang" in an attempt to establish themselves as a "legitimate or law abiding group."

Rule Violation – An act or omission of an act contrary to the rules and regulations of MDOC, laws of the State of Mississippi or the United States.

Security Threat Group Intelligence Coordinator (STGIC) – Staff member at each facility responsible for Security Threat Group validation, collection of intelligence and monitoring the activities of known threat groups.

Security Threat Group Management Housing Unit (STGMHU) – Housing Unit designated to house disruptive and/or destructive members or leaders.

Validation – The process that determines the level of involvement of an offender in a STG.

STG Evaluation Committee - The STG Evaluation Committee will be comprised, at a minimum, of a Warden or Deputy Warden as Chairperson, Associate Warden as Vice-Chairperson, Unit Administrator, Case Manager and any others designated by the Chairperson.

Debriefing Process – A detailed written and verbal report describing the involvement and all activities associated with the Security Threat Group.

16-19 (c)
Forms (0)

PI.Ex.13 - 000001

| TITLE: SECURITY THREAT GROUP MANAGEMENT | | POLICY NUMBER 16-19 |
|---|---|---|
| EFFECTIVE DATE: 05-01-2009 | RESTRICTED | PAGE 2 of 4 |

40  Renunciation – The formal act of a STG member disassociating with a disruptive group by
41  debriefing and discontinuing Security Threat Group activity and affiliation.

43  STG Members - Validated members who may or may not participate in STG activities and will
44  be monitored for increased disruptive or destructive behavior or violence.

46  STG Core Member - Validated members who actively participate in STG activities and may be
47  involved in disruptive or destructive behavior or violence.

49  STG Leaders - Validated members identified as supervising the activities of STG members
50  and/or ordering disruptive or destructive activities.

52  Validation Packet – Consists of but not limited to Validation Form; computer-generated photo of
53  the Security Threat Group (STG) offender; copy of STG gang affiliation profile; copy of inmate
54  summary information, STG evidence collected, and/or confiscated contraband or a list of
55  confiscated contraband with a copy of the chain of custody form; copies of Incident Reports,
56  RVRs, Use of Force Reports or memos.

58  PRECEPTS:

60  The Commissioner has established that MDOC will maintain a "Zero Tolerance" for the activities
61  of Security Threat Group members in order to provide a safe environment for staff, offenders
62  and the public.

64  Maintaining this environment will reduce threats and assaults on staff and offenders, violent
65  behavior, criminal activities, extortion and other actions that are a threat to the safe and secure
66  operations of MDOC facilities. Staff will be trained in actions necessary to reduce/control STG
67  members and their activities.

69  The Director of Corrections Investigation Division (CID) or designee will ensure that intelligence
70  is gathered and information compiled to designate organized groups as a security threat to the
71  agency. This information will be presented to the Commissioner for his review. Based on this
72  information, the Commissioner may approve and designate the organization as a Security
73  Threat Group.

75  The Commissioner or designee will develop procedures to ensure the identification and
76  management of offenders who participate in known or suspected security threat activities.

78  The staff will focus on an offender's actions when identifying behavior associated with STG
79  activities. Offenders suspected of security threat activities will be reported to the STG
80  Intelligence Coordinators.

82  The Deputy Commissioner of Institutions or designee will ensure that the correctional facilities
83  are managed from a position of strength and that all potential and/or actual security threat
84  members are monitored.

86  Staff will not condone existence of an offender's STG membership or acknowledge the STG as
87  an organization.

16-19 (c)
Forms (0)

| TITLE: SECURITY THREAT GROUP MANAGEMENT | | POLICY NUMBER 16-19 |
|---|---|---|
| EFFECTIVE DATE: 06-01-2009 | RESTRICTED | PAGE 3 of 4 |

88  Searches will be performed frequently and suspected STG correspondence, literature, pictures
89  and paraphernalia will be considered contraband, confiscated and the offender issued a rule
90  violation for possession of contraband. All confiscated contraband will be collected, preserved
91  as evidence and forwarded via the chain of custody to the STG Intelligence Coordinator.
92
93  The Deputy Commissioner of Institutions or designee will ensure that STG Leaders and Core
94  members are not placed in any job designated as Sensitive Placement in the MDOC
95  Classification Plan (reference SOP 22-01-01, Classification Plan).
96
97  The Deputy Commissioner of Institutions or designee will establish procedures to ensure that
98  validated STG core members who display disruptive or destructive behavior and/or leaders are
99  moved to the appropriate STG Management Housing Units.
100
101  The STG Management Housing Units designated by the Commissioner or designee will be used
102  to house STG disruptive core members and STG leaders.
103
104  The Superintendent or designee will ensure that STGMHU are operated to suppress STG
105  activities. The offenders assigned to the STGMHU will be afforded due process when confined
106  in an STG Management Housing Unit.
107
108  The Director of Corrections Investigation Division or designee will establish procedures for STG
109  core members and leaders to renounce their STG membership with the intent of their return to
110  the general population. This renunciation process may take place after the offender has been
111  confined in the STG Management Unit for an established period of time.
112
113  The offender must meet criteria established by the STG Evaluation Committee including
114  participating in the Renunciation Phase Program to be considered for return to the general
115  population.
116
117  The Deputy Commissioner of Institutions, Deputy Commissioner of Community Corrections and
118  Director of CID will require the assignment of an STG Intelligence Coordinator at each facility.
119
120  The Wardens at Private and Regional Facilities will appoint STG Intelligence Coordinators at
121  their facilities. The STGIC will implement the identification and validation process in their facility
122  and other STG management strategies designated by the Warden or designee.
123
124  STG Intelligence Coordinators will be designated at each Community Work Center (CWC). The
125  STGIC will implement the identification and validation process in their facility and other STG
126  management strategies designated by the Deputy Commissioner of Community Corrections or
127  designee.
128
129  The Mississippi Department of Corrections may move an offender from one facility to another at
130  any time deemed necessary by the Commissioner or designee. Movement to the STGMHU will
131  follow established movement procedures.
132
133  **DOCUMENTS REQUIRED:**
134
135  As required by this policy and through the chain of command.

16-19 (c)
Forms (0)

| TITLE: SECURITY THREAT GROUP MANAGEMENT | | POLICY NUMBER 16-19 |
|---|---|---|
| EFFECTIVE DATE: 05-01-2009 | RESTRICTED | PAGE 4 of 4 |

### ENFORCEMENT AUTHORITY

All standard operating procedures (SOPs) and/or other directive documents related to the implementation and enforcement of this policy will bear the signature of and be issued under the authority of the Deputy Commissioner of Institutions, Deputy Commissioner of Community Corrections, and the Director of Corrections Investigation Division.

**Reviewed and Approved for Issuance**

General Counsel — 4/22/2009

Commissioner — 04/17/09

16-19 (c)
Forms (0)