| MISSISSIPPI DEPARTMENT OF CORRECTIONS | SOP NUMBER 16-19-09 |
|---|---|
| | AGENCY WIDE |
| SECURITY THREAT GROUP MANAGEMENT – OFFENDERS IN PRIVATE PRISONS & COUNTY REGIONAL FACILITIES | INITIAL DATE |
| ACA STANDARDS: | EFFECTIVE DATE 07-01-2010 |
| STATUTES: RESTRICTED | PAGE 1 of 2 |

**APPLICABILITY:**

This procedure applies to all employees of the Mississippi Department of Corrections and any private facility that operates and manages a security threat group unit.

**POLICY STATEMENT:**

It is the policy of the Mississippi Department of Corrections (MDOC) to maintain a "Zero Tolerance" for Security Threat Group members whose validation and/or actions pose a threat or potential threat to the safety of staff, offenders, the public and the security of the facility.

**DEFINITIONS:**

Security Threat Group (STG) – Any formal or informal organization, association or group of persons, which may possess a common name, identifying sign or symbol whose members or associates currently engage in or have engaged in illegal activities prior to confinement and/or MDOC policy violations/unlawful acts during confinement.

Security Threat Group Core Member – An offender who has been validated as a member of a STG and actively participates in STG activities and/or disruptive or destructive behavior or activities.

Security Threat Group Intelligence Coordinator (STGIC) – Staff member at each facility responsible for Security Threat Group validation, collection of intelligence and monitoring the activities of known threat groups

Security Threat Group Leader – An offender who has been validated as a member of a STG identified as supervising the activities of STG members and/or ordering disruptive or destructive activities.

Security Threat Group Management Unit (STGMU) – Facility designated to house disruptive and/or destructive members or leaders.

**PROCEDURES:**

The Deputy Commissioner of Institutions or designee and the Wardens of Private Prisons and County/Regional Facilities will appoint STG Intelligence Coordinators for each of these facilities.

The STG Intelligence Coordinator will implement the STG information and validation process in their facilities and other STG management strategies designated by their Warden or designee.

16-19-09 (b)
Forms

| TITLE: SECURITY THREAT GROUP MANAGEMENT – OFFENDERS IN PRIVATE PRISONS & COUNTY REGIONAL FACILITIES | SOP NUMBER 16-19-09 |
|---|---|
| EFFECTIVE DATE: 07-01-2010 | RESTRICTED | PAGE 2 of 2 |

41  The STG offenders meeting the established criteria for STG Leaders and STG Core Members
42  will be moved to a STG Management Unit.
43
44  Documentation for movement to a STG Management Unit will be in accordance with procedures
45  established in the policy, Security Threat Group Management.
46
47  The Agency may move an offender from one facility to another at any time deemed necessary
48  by the Commissioner or designee, and movement to the STG Management Unit will follow
49  established movement procedures.
50
51  DOCUMENTS REQUIRED:
52
53  As required by this procedure and through the chain of command.

| ENFORCEMENT AUTHORITY | | |
|---|---|---|
| Reviewed and Approved for Issuance | [signature] Deputy Commissioner of Institutions | 6/18/10 Date |

16-19-09 (b)
Forms