# Walnut Grove Correctional Facility
# Emergency Action Plans
## Table of Contents

A. **General Section**

1. Table of Contents
2. Signatures Sheet
3. Staff Extension List
4. One Call Now Emergency Notification Service
5. Administrative Team Recall List
6. Correctional Emergency Response Team Call List
7. External Notification Call List
8. Facility Organization Chart

B. **Universal Emergency Information**

1. General Emergency Checklist
2. Incident Command System
    a. Organizational chart
    b. Areas of Responsibility
    c. Emergency Locations
3. Emergency Response Plans
4. Phase Process
5. Establishment of a Crime Scene (with Inmate Death Notification checklist)

C. **Specific Emergencies**

1. Riot and Disturbance Plan
2. Fire Plan
3. Escape Plan
4. Weather Related Emergency/ Natural Disaster Plan
5. Medical/ Epidemic Plan
6. Hostage Situation Plan
7. Bomb Threat Plan
8. Hunger Strike Plan
9. Adverse Job Action/ Work Stoppage
10. Kitchen Emergency Contingency/ Food Service Plan
11. Hazardous Material Spill/ Nuclear Accidents Plan
12. Radioactive Contamination Response
13. Assault/ Terrorist Activity Plan
14. H1N1 Influenza Virus Pandemic
15. Emergency Power and Communications
16. Offender, Staff Member, or Visitor Death

# Walnut Grove Correctional Facility
# Emergency Action Plans
## Table of Contents

**D. Evacuation Plans**

1. Evacuation Stage Process
2. Building Evacuation Plan
3. Administration Evacuation
4. Education Evacuation
5. Gymnasium and Recreation Office Evacuation
6. Housing Unit 3 Evacuation
7. Housing Unit 4 Evacuation
8. Housing Unit 5 Evacuation
9. Housing Unit 6 Evacuation
10. Housing Unit 7 Evacuation
11. Housing Unit 8 Evacuation
12. Kitchen Evacuation
13. Laundry Intake Evacuation
14. Central Control Evacuation
15. Medical Evacuation
16. Visitation Evacuation

**E. Fire Watch Plan**

1. Fire Watch Plan
2. Fire Watch Log
3. Building Fire Safety Codes

**F. Reference Section**

1. Safety Committee
2. Facility Safety Policy
3. External Agreements
4. State Fire Marshall Agreement

**G. Floor Plans**