UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHARLESTON DEPRIEST, ET AL.                        PLAINTIFFS

v.                                         Civil Action No. 3:10-cv-663(CWR)(FKB)

WALNUT GROVE CORRECTIONAL
AUTHORITY, ET AL.                                  DEFENDANTS

### DEFENDANT'S EXHIBIT LIST

| Exhibit | Description | Sponsor | Evid |
|---|---|---|---|
| D-1: | Second Report of the Monitors dated April 1, 2013; | | |
| D-2: | Third Report of the Monitors dated October 19, 2013; | | |
| D-3: | Fourth Report of the Monitors dated April 7, 2014; | | |
| D-4: | Fifth Report of the Monitors dated October 22, 2014; | | |
| D-5: (4/2/15) | Sixth Report of the Monitors dated March 5, 2015; | Vail | X |
| D-6: | Expert Report of Eldon Vail dated February 10, 2015; | | |
| D-7: (4/24/15) | Expert Report of Tom Roth dated March 3, 2015; | Roth | X |
| D-8: | Second Amendment to the Management and Operations Agreement between Mississippi Department of Corrections and Walnut Grove Correctional Authority effective February 1, 2015; | | |
| D-9: | WGCF Emergency Response Plan (under seal); | | |
| D-10: (4/23/15) | Chart of Incident Command System Staff at WGCF; | Jenkins | X |
| D-11: (4/23/15) | List of Recent Improvements at WGCF; | Jenkins | X |
| D-12: (4/23/15) | Sample WGCF Shift Roster; | Jenkins | X |
| D-13: (4/23/15) | MTC/WGCF Field Training Officer Manual; | Jenkins | X |
| D-14: (4/23/15) | MTC Policy on Oleoresin Capsicum Decontamination; | Jenkins | X |

| | Exhibit | Description | Sponsor | Evid |
|---|---|---|---|---|
| | D-15: | MTC Policy No. 07-05: Safety Committee; | | |
| | D-16: | WGCF Breakdown by Count and Custody as of March 11, 2015; | | |
| | D-17: | Photograph of ACA Accreditation Certificate to Management & Training Corporation for WGCF; | | |
| 4/24/15 | D-18: | MTC Policy 05-01: Internal Classification; | Roth | X |
| | D-19: | Photograph of Hasp and Lock Covering the Manual Port of Sliding Cell Door at WGCF; | | |
| | D-20: | Photograph of Typical WGCF Housing Zone Located in Units Three and Four; | | |
| 4/24/15 | D-21: | Photograph of WGCF Housing Zone with Swing Doors; | Roth | X |
| 4/24/15 | D-22: | MDOC Policy No. 16-07 and MDOC SOP No. 16-07-01: Control of Contraband/Body Searches – Offenders; | Roth | X |
| 4/24/15 | D-23: | MDOC Policy No. 16-18 and MDOC SOP No. 16-18-1: Control of Contraband/Body Searches – Staff; | Roth | X |
| 4/24/15 | D-24: | MTC Policy No. 903A.07: Contraband Control; | Roth | X |
| 4/24/15 | D-25: | Photograph of Package and Property Scanner Located at Front Entry of WGCF; | Roth | X |
| 4/24/15 | D-26: | Photograph of Body Scanner, Package Scanner and Controlled Front Entry at WGCF; | Roth | X |
| 4/24/15 | D-27: | Photograph of Hallway Leading to Education Department at WGCF; | Roth | X |
| 4/24/15 | D-28: | Photograph of Walk-Through Metal Detector Located Outside of Gymnasium at WGCF; | Roth | X |
| 4/24/15 | D-29: | Photograph of Walk-Through Metal Detector Located Outside of Housing Zones at WGCF; | Roth | X |
| 4/24/15 | D-30: | Photograph of Housing Zone Cleaning Supply Staging Area at WGCF; | Roth | X |

| | Exhibit | Description | Sponsor | Evid |
|---|---|---|---|---|
| 4/24/15 | D-31: | Staffing Schedules Table for WGCF; | Roth | X |
| 4/24/15 | D-32: | Photograph of Emergency Eye Wash Station in Hallway Leading to the Medical Unit at WGCF; | Roth | X |
| 4/24/15 | D-33: | Photograph of Interior of Emergency Eye Wash Station in Hallway Leading to the Medical Unit at WGCF; | Roth | X |
| 4/24/15 | D-34: | Photograph of Walk-Through Metal Detector at Education Department Point of Entry; | Roth | X |
| 4/24/15 | D-35: | Photograph of Gymnasium at WGCF; | Roth | X |
| 4/24/15 | D-36: | Photograph of Inmate Library at WGCF; | Roth | X |
| 4/24/15 | D-37: | Photograph of Vocational Classroom at WGCF; | Roth | X |
| 4/24/15 | D-38: | Photograph of Inmate Computer Lab at WGCF; | Roth | X |
| 4/24/15 | D-39: | Photograph of Housing Zone Dayroom at WGCF; | Roth | X |
| 4/8/15 | D-40: | Letter from Inmate Charles Douglas Owens (MDOC No. L5101) to Ronald King dated March 16, 2015; | Owens | X |
| 4/27/15 | D-41: | Email String between Donald R. and Sherry M. Mullikin and Ronald King dated March 14, 2015; | King | X |
| 4/27/15 | D-42: | Email from Don Mullikin to Ronald King dated March 15, 2015; | King | X |
| | D-43: | PREA Audit: Auditor's Summary Report for WGCF; | | |
| 4/24/15 | D-44: | MDOC Policy No. 16-19 and MDOC SOP No. 16-19-01: Security Threat Group Management; | Morgan | X |
| | D-45: | Excerpt of WGCF Monthly Report: Number of Random Drug Screenings; | | |
| | D-46: | Excerpt of WGCF Monthly Report: Number of Positive Drug Tests.; and | | |
| 4/23/15 | D-47 | Post Order; | Jenkins | X |
| 4/23/15 | D-48 | MDOC Incident Detail – March 25, 2015; | Jenkins | X |

PD.16862006.1

| | | | | |
|---|---|---|---|---|
| 4/23/15 | D-49 | MDOC Incident Detail – April 1, 2015; | Jenkins | X |
| 4/23/15 | D-50 | MDOC Incident Detail – March 12, 2015; | Jenkins | X |
| 4/23/15 | D-51 | MTC – EOR Checklist dated March 28, 2015; | Jenkins | X |
| 4/23/15 | D-52 | MTC – EOR Checklist dated March 31, 2015. | Jenkins | X |
| 4/27/15 | D-53 | Cell Inspection Form Entry dated March 13, 2015. | Rawls | X |