Walnut Grove Correctional Facility Emergency Action Plans

Incident Command System Staff

**EXHIBIT**
**D-10**
3:10-cv-00663
tabbles®

- Incident Commander (Warden)
  - Recorder (Warden Administrative Assistant)
  - Operations Section Chief (DW Operations)
    - Medical Unit Leader (Director of Nurses)
    - Transportation Unit Leader (R and D Coordinator)
    - Utilities Unit Leader (Maintenance Supervisor)
    - Safety Unit Leader (Safety Manager)
    - Assault and Rescue Leader (ERT Commander)
    - Security Unit Leader (Major)
  - Planning Section Chief (DW Programs)
    - Situation Status Unit Leader (Training Manager)
    - Documentation Unit Leader (Administrative Assistant)
    - Resource and Labor Unit Leader (H/R Assistant)
  - Logistics Section Chief (Human Resource)
    - Documentation Unit Leader (Records Supervisor)
    - Food Service Leader (Food Service Administrator)
    - Damage Assessment Leader (Maintenance Assistant)
    - Communication Leader (Armory Officer)
  - Finance Section Chief (Business Manager)
    - Procurement Unit Leader (Administrative Assistant)

B2-B