# Walnut Grove Correctional Facility

## Audits

**Accomplishment**

Awarded American Correctional Association (ACA) Accreditation (100% on mandatory and non-mandatory files)

Passed PREA (Prison Rape Elimination Act) Audit with 100%

## Contraband Reduction Efforts

**Accomplishment**

Front entry check point body scanner installed and operational to detect contraband in staff/visitors personal property.

Perimeter Fence netting was installed to make entry of contraband over the fence more difficult.

Parcel scanner was installed to detect contraband comming in mail and packages.

Perimeter lighting was replaced with LED type fixtures allowing light coverage of larger area.

MTC K-9 unit conducts searches to aggressively identify contraband on a monthly basis.

Removed potential weapon stock such as metal light fixtures and mirrors. Mark remaining materials (i.e. fence ties) to make missing items easily identifiable during routine security checks.

## Assault Reduction Efforts

**Accomplishment**

Slider doors in Units 3 & 4 modified to prevent manipulation of door through access ports.

System of door lock inspection initiated to identify and discipline cases of tampering with locks on swinging and sliding doors.

Close custody inmates removed from the facility in September 2014.

Seriously Mentally III (SMI) inmates reduced to include only those SMIs in the Regimented Inmate Disciplinary (RID) Program

Overall population reduced to an average of 962 in February 2015.

New facility decontamination policy developed and effective February 2015.

New facility policy addressing reclassification of high risk offenders and case management plans effective March 2015.

New facility special diets policy developed and effective March 2015.

## Training

**Accomplishment**

Forty-three employees completed 8 hours of Critical Incident Command Training

Fifteen employees completed 24 hours of Critical Incident Command Training

Two members of the WGCF Corrections Emergency Response Team (CERT) completed CERT instructor training

Fifteen employees completed Moral Reconation Therapy (MRT) Training

**EXHIBIT D-11**
3:10-cv-00663

| |
|---|
| Four staff members completed MTC's Supervisory Development Program |
| Seven employees attended the Mississippi Association of Professionals in Corrections Mini Conference |
| Seventeen employees attended the Mississippi Association of Professionals in Corrections 31st Annual Training Conference |
| Nineteen supervisory staff completed MTC's Expanded Supervisory Development Program |