| Management & Training Corporation | Policy Number: 05-01<br>Pages: 3<br>Related ACA Standards:<br>4-4295 – 4-4304<br>Related Policies:<br>MDOC 22.10, MDOC SOP 22.10.01 |
|---|---|
| Chapter: Offender Management | Review Date: Annually |
| Subject: Internal Classification | Reviewer: Warden |
| Revised: March 2, 2015 | Effective: September 12, 2013 |

A. **AUTHORITY**

This policy is issued in compliance with Mississippi Code of 1972, Section 47-5-37, which delegates to the Warden of the Walnut Grove Correctional Facility (WGCF) the authority to manage and direct the total operations of the facility and to establish such rules and regulations as the Commissioner prescribes.

B. **PURPOSE**

It is the position of the Walnut Grove Correctional Facility (WGCF) to assign each offender to the appropriate security level facility and custody status guided by the principle of applying of uniform and equitable placement in the least restrictive setting.

C. **POLICY**

The Walnut Grove Correctional Facility will utilize all applicable Mississippi Department of Corrections rules, regulations and policies regarding the classification of offenders.

D. **PROCEDURES**

The Internal Classification system will consist of the following components:

1. **Orientation**

All new offenders will be scheduled to receive a briefing from the WGCF Department Heads. The Department Heads will be notified of their scheduled time to present. The orientation will be scheduled five (5) days upon their arrival.



EXHIBIT
D-18
3:10-cv-00663

| Subject: Offender Management | Page 2 of 3 |
|---|---|
| Chapter: Classification | Policy Number: 05-01 |

2. **Needs Assessment**

   Every offender will have a needs assessment completed by a case manager. The offender will participate in this process. The case manager and offender will meet to discuss the offender program needs. The case manager will review all relevant information in offendertrak to assist with determining the offender's needs. After determining the offender's needs the case manager will document the information on the needs assessment form located in offendertrak. The needs assessment shall be completed five working days after the offender's arrival.

3. **Case Management Plan**

   The case manager, offender and subject matter experts will develop a case management plan for every offender at WGCF. The need assessment tool shall be utilized to assist in developing this plan. The offender's need assessment tool will determine the subject matter experts involvement. After the case manager plan is completed the case manager will enter the information on to the appropriate form in offendertrak. The case manager will provide the offender with a copy of his case management plan. The unit case manager and offender will review the case management plan every ninety (90) days. During this meeting the case management plan will be updated as needed. The offender shall receive a copy of any modification made to the case management plan.

4. **Housing Unit Assignment**

   The offender case management plan shall be utilized to determine the offender housing unit assignment. The Case Manager Supervisor will initiate all housing unit moves though the WGCF Records Office.

5. **Case Managers' Duties**

   - A case manager shall review every offender's custody/ security level upon their arrival to WGCF. The process will be complete to ensure that the offender is appropriately classified within MDOC guidelines. A review of all documentation from the previous unit will be conducted to ensure accuracy and completeness of paperwork.

   - The case manager will conduct a one-on-one session with every offender on their caseload on a monthly basis. This meeting will be documented on Offendertrak (MDOC SOP 22-10-01).

   - Every 90 days the case manager will facilitate a meeting with every offender assigned to their caseload. During this meeting the case manager and offender will review the offender's case management plan and make modifications if needed.

| Subject: Offender Management | Page 3 of 3 |
|---|---|
| Chapter: Classification | Policy Number: 05-01 |

- Initial file review will occur within one (1) working day upon the offender arrival. The assigned Case Manager will thoroughly review and read the electronic file on Offendertrak of the offender.

- The case manager will post their contact (open) time on every zone that the offenders on their caseload reside.

- Case Managers will assist offenders in acquiring any and all incarcerated needs and programming.

- Case Managers will conduct an interview and summary report for all offenders involved in a serious assaultive incident within 48 hours of the incident.

- Case managers will review offender reclassification as requested by the staff and/or offenders.
    - If the offender is recommended for reclassification during the disciplinary process, the disciplinary lieutenant will submit the daily disciplinary docket to the classification supervisor within three (3) working days.
    - The classification supervisor will review the daily disciplinary docket for all offenders that have been recommended for reclassification and initiate the administrative reclassification review within seven (7) working days.

- Case Managers will conduct an annual review of all offenders on their caseload.

All encounters with offenders will be documented on Offendertrak.

E.  **MONITORING-EVALUATION**

This policy shall be reviewed at least annually and bear the signature of the facility Warden.

_____
Warden / Designee Walnut Grove Correctional Facility

Comments: