| General Population Housing Unit Correctional Officer | POST ORDER NUMBER |
|---|---|
| | 005-6 |
| POST ORDER | Housing Zones 5, 6, 7, 8A, 8B, and 8C |
|  | Effective: March 10, 2015 |
| | Related Policies: 16.01.01, 16.06.01, 16.11.01, 16.12.01, 17.01.01, 17.04.01, 24.01.01 |

### A. GENERAL INSTRUCTIONS:

1. These post orders cite specific and general instructions for the operation of this post assignment. However, every incident or eventuality cannot be covered. You shall be expected to use good judgment, tact and pay careful attention to detail in discharging your duties, whether referenced in the post order or not. All personnel shall become familiar with all post orders associated with the posts they are assigned to. The Unit Sergeant, the shift Lieutenant, and the shift Captain, in this order, shall be responsible for any problems or questions which may arise while performing the duties assigned to this post.

2. It is the policy of the Mississippi Department of Corrections that no employee under the age of twenty-one years holding a position in the correctional officer series is assigned to a work station designated as a peace officer post. A peace officer post is any work station that requires an employee to carry, safeguard, or potentially discharge a firearm in the performance of his/her duties.

### B. POST ASSUMPTION AND LOGGING PROCEDURES:

1) These Posts are staffed 7 days a week, 24 hours a day. You shall report to duty on time and receive your assignment in Muster rom the Shift Captain. You shall report directly to your post, and should:

   1. Receive a briefing from the officer you are relieving.
   2. Conduct Certified Count.
   3. Review and initial the Pass-on-Log, Post Orders and Log Book.
   4. Perform initial security checks on the housing unit, notify any unusual incidents or situations and report any abnormalities or discrepancies.

EXHIBIT
D-47
3:10-cv-00663

Case 3:10-cv-00663-CWR-FKB   Document 154-32   Filed 04/27/15   Page 2 of 8

| SECTION NUMBER: | SUBJECT: | PAGE: |
|---|---|---|
| 005-6 | GENERAL POPULATION HOUSING UNIT CORRECTIONAL OFFICER | 2 of 8 |

2.) Conduct a security and safety inspection. During inspections, you shall perform the Following:
    a. Inspect all locks for operability and tampering.
    b. Inspect all windows, bars, access vents and doors for tampering to ensure that They're secure and have not been compromised..
    c. Inspect emergency exits to ensure exit areas are not blocked or cluttered.
    d. Inspect all corridors and access routes for tampering or contraband.
    e. Inspect all safety devices for operability.
    f. Report security inspections to the shift supervisor when completed and fill out all pertaining documentation completely.

C. <u>AREA OF RESPONSIBILITY/ PROCEDURES SPECIFIC TO POST:</u>

The area of responsibility for the General Population Housing Unit Correctional Officer includes the entire area of your assigned Post. Your responsibilities are as follows:
1. Provide security, custody and control of the area to which you are assigned.
2. Monitor inmate movement into and out of your area of responsibility.
3. Provide written documentation on incidents that may occur within your area of responsibility, ensuring that all reports are completed correctly and submitted to your supervisor prior to the end of your shift.
4. The following procedures shall be performed according to the Daily Operation Schedule:
    a. Dayroom Privileges (cell release to include telephones and showers)
    b. Medication Services and Pill Call
    c. Mail
    d. Recreation (Outside Recreation, Gymnasium)
    e. Canteen Privileges
    f. Education
    g. Religious Services
5. All staff will become knowledgeable of the various classifications of inmates housed in the Unit and the restrictions imposed upon them. This information is available from the Unit Sergeant.
6. All staff assuming a regularly assigned post will read, sign and date the post acknowledgement form a minimum of every two weeks. All staff assuming a new post will read, sign and date the post order acknowledgement form daily.
7. All officers are expected to make at least 2 security rounds an hour at staggered intervals not to exceed 30 minutes.

Case 3:10-cv-00663-CWR-FKB   Document 154-32   Filed 04/27/15   Page 3 of 8

| SECTION NUMBER: | SUBJECT: | PAGE: |
|---|---|---|
| 005-6 | GENERAL POPULATION HOUSING UNIT CORRECTIONAL OFFICER | 3 of 8 |

8. Cell windows will remain free and clear of any obstruction. No cloth lines will be present in any cell. The light fixture will not be blocked by any object. Rule Violation Reports or Informal Resolutions will be written for non-compliance.
9. Conduct 3 cell searches on first and second shift. Conduct common area search on third. These searches shall be recorded in the Unit Log Book and also submitted on the Cell Search log that is turned into Shift Daily.

D. <u>CONTROL OF ENTRANCE AND EXIT POINTS:</u>
   1. The Housing Unit Officer will be present at the door when it is opened or closed.
   2. The Housing Unit Officer will ensure that all entrance and exit doors remain secure at all times.
   3. The Housing Unit Officer will be responsible for monitoring all movement into and out of the Unit.
   4. The Housing Unit Officer shall control entry and exit points of the exercise area.
      a. The exercise area shall be searched prior to allowing offenders on them.
      b. Security issues within the exercise area shall be reported immediately to the shift supervisor and recorded in the Unit Log Book.
      c. Issues in the area must be resolved prior the exercise area being used.

E. <u>PROCEDURES GOVERNING INMATE MOVEMENT OF INMATES:</u>

Ensure movement procedures are followed in accordance with S.O.P. 16.06.02, 16.06.03, 16.06.05, 16.07.01.and 16.15.01.
   1. The Housing Unit Officer is responsible for monitoring all inmate movement.
   2. The Housing Unit Officer will log the number of inmates received and departed.
   3. The Housing Unit Officer will ensure that the inmate's cell door is secure and free from debris that will prohibit the door from securing.
   4. The assigned officer will visually inspect the locking mechanism and will report any non-functioning locks to his/her supervisors.
   5. The Housing Unit Officer will ensure that a transfer sheet has been received prior to allowing an inmate to transfer into or out of the unit.
   6. The Housing Unit Officer will document all inmate departures from the unit when reassigned to another location in the unit log book. The following information is to be included:
      a. Inmate name and MDOC number
      b. Time of departure and destination

Case 3:10-cv-00663-CWR-FKB   Document 154-32   Filed 04/27/15   Page 4 of 8

| SECTION NUMBER: | SUBJECT: | PAGE: |
|---|---|---|
| 005-6 | GENERAL POPULATION HOUSING UNIT CORRECTIONAL OFFICER | 4 of 8 |

F. ALARM PROCEDURES:

In the event an alarm is activated in your assigned area, you shall immediately report the area of alarm to the Shift Captain with your findings and begin Emergency protocol if needed.

G. ESCORT PROCEDURES:

Escort procedures shall be conducted pursuant to S.O.P.16.06.02, 16.06.05 and 16.07.01.

H. COUNT PROCEDURES:

**All counts, (Formal, Certified, Informal, Emergency, or etc.) are conducted in accordance to MDOC Policy 16.06 and SOP 16.06.01and adhered to.**

The Housing Unit Officer will ensure that movement and talking is terminated during the count procedure and ensures there is adequate lighting to aid in the counting of a living, breathing, human body. Not hair, clothing, shoes or a dummy substitute.

A minimum of two (2) staff members (Officers) will be required to conduct a valid count in a closed unit (i.e. Housing Unit).

a. While using a count roster, one staff member will conduct the initial count while the second Staff member observes the process and ensures there is no inmate movement. The first staff member will make a diagonal mark "/" on the count roster in the designated space indicating the present of the inmate after verifying the picture I.D. of the offender. An "O" will be placed in the designated space indicting an inmate out of the unit during the count time.
b. The staff will then exchange responsibilities and positions and repeat the process, with the second staff member making an alternate diagonal mark "/" thus completing the "X" for an inmate in the Unit during count.
c. **Formal Counts** will be conducted at 0000 hrs., 0100 hrs., 0200 hrs., 0300 hrs., 0400 hrs., 1000 hrs., 1200 hrs., 1800 hrs., 2000 hrs., and 2300 hrs.
d. **Certified Counts** will be conducted at 0600 hr., 1400 hr., and 2200 hrs.
e. **Emergency Counts** – The Rover Officer shall ensure that an emergency count is conducted in such instances such as power failures, possible escapes, fires, riots, or at the request of the Correctional Commander.
f. **Informal Count** – Counts made at irregular basis or unscheduled times and are only conducted when in inmate is found to be missing.
g. **Out Count** – The designated Housing Unit Officer will use the Unit Register to keep a running total of the offenders in the building. Through use of the offender ID card and roster, the officer will account for offender movement.

I. KEY CONTROL PROCEDURES:

Case 3:10-cv-00663-CWR-FKB Document 154-32 Filed 04/27/15 Page 5 of 8

| SECTION NUMBER: | SUBJECT: | PAGE: |
|---|---|---|
| 005-6 | GENERAL POPULATION HOUSING UNIT CORRECTIONAL OFFICER | 5 of 8 |

All Housing Unit Officers shall keep all keys secured on his/her person at all times. Keys will be turned over to the relieving officer upon completion of shift. At no time will keys be taken off grounds of the institution. If an instance occurs you are to return to the institution immediately.

   a. All keys assigned to the unit shall be carried and used as inconspicuously as possible.
   b. You shall carry keys in your hand, pants, pocket, or secured to an approved key chain. Keys will not be left unattended.
   c. When exchanging keys from one employee to another, verify the actual key count.
   d. Avoid references to key numbers or any identifying information in the presence of inmates.
   e. Do not use force to operate locks; if a lock does not function properly, report the malfunction to your supervisor and/or you Key Control Sergeant.
   f. **INMATES SHALL NOT BE ALLOWED TO ACCESS KEYS AT ANY TIME. You shall adhere to Key Control Policy S.O.P. 16.08.0**

J. TOOL CONTROL PROCEDURES:

Any tools received will be handled in accordance with S.O.P. 16.09.01.

K. COMMUNICATION PROCEDURES:

The hand-held radio is your primary means of communication. It is essential that proper radio procedures be used when operating this equipment. Communication will be through the Housing Unit Control Tower you are to utilize the 10-(dash) codes, signal ad call numbers and reframe from using plain language, profanity or "CB" Jargons. Sensitive and/or confidential information shall not be aired over the radio.

L. REPORTING DIFFICULTIES:

Any unusual circumstances occurring in or around your area of responsibility shall be immediately reported to the Shift Captain.

The Maintenance Department shall be notified if repairs or supplies are needed for your Post. A detailed Incident Report will be submitted prior to being relieved to your Shift Captain.

M. FIREARMS, CHEMICAL AGENTS, OR OTHER EMERGENCY EQUIPMENT:

Firearms and chemical agents will be stored in the Armory. Chemical Agents will be assigned out from Control. Emergency equipment, with the exception of firearms may be stored in the Emergency Response Team office.

Chemical agents may be issued from Control to Correctional Staff trained and currently qualified in their use. These agents may be worn on the officer's belt but must only be used in accordance with the Use of Force Policy and Procedure.

N. EMERGENCY PROCEDURES SPECIFIC TO POST:

| SECTION NUMBER: | SUBJECT: | PAGE: |
|---|---|---|
| 005-6 | GENERAL POPULATION HOUSING UNIT CORRECTIONAL OFFICER | 6 of 8 |

General:

1. All emergency information shall be transmitted by the most expedient method possible.

Escape: **(Red Alert)**

1. In the event of an escape/escape attempt, you shall perform the following tasks:
    a) Immediately notify the Shift Captain/Supervisor.
    b) Conduct an Emergency Count.
    c). Verify who the offender is.
    c) Apprehend the offender if possible.
2. When using force to prevent escape from an institution or apprehend the escapee, security personnel will employ only the level of force reasonably necessary to control the situation. Refer to S.O.P 16.13.01 and 16.13.02

Hostage/Riot Situation: **(Code Blue)**

Should there be a hostage taken or a disturbance in your area of responsibility, the following shall be followed:

a. Secure the Area
b. Call the Shift Captain/Supervisor and advise him of how many individuals are being held hostage if known.
c. Advise how many Hostage Takers, their whereabouts, and if known the number and type of weapons to be in their possession.
d. Record the time of incident and all pertinent information relating to the incident in the unit log book.
e. Be responsible for monitoring and recording all activities within your area of responsibility.
f. Maintain continuous sight and sound observation.

Fire: **(Code Red)**

In the event of a fire, the following procedures shall be followed:

a. Notify the Shift Captain via radio.
b. Attempt to extinguish or control the fire in the area if possible.
c. Ensure all responding emergency personnel are processed quickly and efficiently through your area if necessary.
d. Evacuate personnel and guests as utilizing the Emergency evacuation routes that are posted if directed to do so by the Shift Captain or higher authority.
e. The Housing Unit Officer will conduct an Emergency Body Count, using the Certified Count Roster accounting for all inmates housed in the unit.

Tornado: **(Code Black)**

If it is clear that your Post is in immediate danger of being struck by a tornado, direct all inmates to their assigned cell/ area and proceed to the nearest shelter. Lie face down on the floor in an enclosed area away from exterior walls or glass and cover your head. When the **"all clear"** is sounded return to post and notify the Shift Captain/Supervisor.

O. HOUSEKEEPING/SANITATION PROCEDURES:

The sanitation of this Post is the responsibility of each officer assigned; you shall:

1. Ensure the area is maintained in a continuously clean sanitary condition during your tour of duty utilizing assigned inmates.
2. The unit sergeant and zone officers shall inspect cells daily to ensure sanitation practices are being followed.

P. SAFETY PROCEDURES:

Follow all safety procedures as instructed.

Q. TEMPORARY ABSENCE:

a. Temporary absences from this Post shall only be authorized with proper approval from the immediate Supervisor.

b. When deemed necessary by the immediate supervisor temporary absences shall be authorized to satisfy minimal staffing.

R. FEEDING PROCEDURES:

Housing Unit Officers are responsible for supervising inmates during feeding

a. Inmates shall line up in the zone in front of their doors when meals are announced and tier at a time, one inmate at a time single file will retrieve their tray and sit in the day room and eat.
b. Each inmate will be afforded at least 20 minutes to consume their meals. The twenty minutes will begin when the last inmate sits down with tray.

S. ADDITIONAL ASSIGNMENTS

a. Advise the appropriate supervision staff of any situation that warrants their attention.

b. Ensure all doors stay locked and secure

c. Ensure all inmates are properly dressed before exiting the unit.

d. Assign inmates to work details

| SECTION NUMBER: | SUBJECT: | PAGE: |
|---|---|---|
| 005-6 | GENERAL POPULATION HOUSING UNIT CORRECTIONAL OFFICER | 8 of 8 |

    e. Supervise vestibule/janitors

    f. Ensure appointments are met

T. SPECIAL POST ORDERS: "NOT APPICABLE"

U. OTHER PROCEDURE SPECIFIC TO POST:

1. All necessary documentation shall be completed prior to the end of your shift and forwarded to your immediate supervisor.

2. You shall be required to notify your immediate supervisor of missing Post Orders and any changes necessary be in compliance with the Institutions Procedures. Post Orders shall not be added or deleted from. All changes shall require the signature of the Superintendent or designee.

3. All staff assigned to this post shall be required to Read their Post Orders twice monthly but acknowledge daily that they have read and understand the duties described within the Post Orders.

4. You shall be familiar with all institutional and MDOC policies pertinent to your area of responsibility.

**THIS POST ORDER SHALL BE REVIEWED ANNUALLY AND REVISED AS NECESSARY.**

| Reviewed & Issuance Approved | | |
|---|---|---|
| | Warden [signature] | Date: 3-10-15 |