### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**CHARLTON DEPRIEST, ET AL.**                                                  **PLAINTIFFS**

**v.**                                        **Civil Action No. 3:10-cv-00663(CWR)(FKB)**

**MARSHALL L. FISHER, in his official capacity**
**as Commissioner of the Mississippi Department of Corrections**         **DEFENDANT**

---

### NOTICE OF APPEAL

---

Defendant Marshall Fisher, in his official capacity as Commissioner of the Mississippi Department of Corrections, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order partially denying Defendant's Motion to Terminate the Consent Decree [Doc. 170], which was signed and entered on June 11, 2015. This Notice is timely filed within thirty (30) days of the entry of the Order in accordance with Fed. R. App. P. 4(a)(1)(A).

Dated: July 8, 2015.

Respectfully submitted,

**MARSHALL FISHER, IN HIS OFFICIAL**
**CAPACITY AS THE COMMISSIONER OF THE**
**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**BY:  JIM HOOD, ATTORNEY GENERAL**
        **STATE OF MISSISSIPPI**

*/s/ Gary E. Friedman*
GARY E. FRIEDMAN, MS BAR NO. 5532
W. THOMAS SILER, JR., MB #6791
G. TODD BUTLER, MB # 102907
PHELPS DUNBAR, LLP
4270 I-55 North
Jackson, Mississippi 39236-6114
friedmag@phelps.com
silert@phelps.com
butlert@phelps.com

1

2

/s/ Krissy C. Nobile
HAROLD E. PIZZETTA, III, MSB # 9752
ASSISTANT ATTORNEY GENERAL
KRISSY C. NOBILE, MSB # 103577
SPECIAL ASSISTANT ATTORNEY GENERAL
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi  39205
knobi@ago.state.ms.us
hpizz@ago.state.ms.us

**ATTORNEYS FOR DEFENDANT**

2

## CERTIFICATE OF SERVICE

I, GARY E. FRIEDMAN, do hereby certify that on July 8, 2015, I electronically filed the

above and foregoing *NOTICE OF APPEAL* with the Clerk of the Court using the CM/ECF

system which sent notification of such filing to the following counsel of record:

Sheila A. Bedi
SOUTHERN POVERTY LAW CENTER
753 N. Congress Street
Jackson, Mississippi  39202
(601) 948-8882
sheila.a.bedi@gmail.com

Jacob W. Howard
MCDUFF & BYRD
767 North Congress
Jackson, Mississippi  39202
(601) 969-0802
jake@mcdufflaw.com

Jennie S.H. Eichelberger
SOUTHERN POVERTY LAW CENTER
111 East Capitol Street, Suite 280
Jackson, Mississippi  39201
(601) 948-8882
jennie.eichelberger@spcenter.org

Jody E. Owens, II.
SOUTHERN POVERTY LAW CENTER
921 North President Street, Suite B
Jackson, Mississippi  39202
(601) 948-8882
jody.owens@splcenter.org

Margaret Winter
NATIONAL PRISON PROJECT OF THE ACLU
915 15th Street, N.W., 7th Floor
Washington, D.C.  20005
(202) 548-6605
mwinter@npp-aclu.org

PD.17538327.1

Robert B. McDuff
MCDUFF & BYRD
767 North Congress Street
Jackson, Mississippi  39202
601/969-0802
Fax: 601/969-0804
Email: RBM@McDuffLaw.com
ATTORNEY TO BE NOTICED

***ATTORNEYS FOR PLAINTIFFS***

*/s/ Gary E. Friedman*
GARY E. FRIEDMAN

4

PD.17538327.1