IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 15-60488

United States Court of Appeals
Fifth Circuit

**FILED**
September 27, 2016

Lyle W. Cayce
Clerk

D.C. Docket No. 3:10-CV-663

CHARLESTON DEPRIEST, as father and next friend of C.B. a minor; ERIC BALL, on behalf of himself and all similarly situated individuals; ERIK BARNES, on behalf of himself and all similarly situated individuals; JAMARIO BRADY, on behalf of himself and all similarly situated individuals; JOSHUA CLAY, on behalf of himself and all similarly situated individuals; CHRISTOPHER COLEMAN, on behalf of himself and all similarly situated individuals; LAMARCUS CURRY, on behalf of himself and all similarly situated individuals; CRAIG KINCAID, on behalf of himself and all similarly situated individuals; LEMARSHA READUS, on behalf of himself and all similarly situated individuals; COZY SCOTT, on behalf of himself and all similarly situated individuals; LATRAVIS SMITH, on behalf of himself and all similarly situated individuals; BRIAN WEBSTER, on behalf of himself and all similarly situated individuals; FREDRICK WHITE, on behalf of himself and all similarly situated individuals,

      Plaintiffs - Appellees

v.

MARSHALL L. FISHER, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS,

      Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Mississippi, Jackson

Before DENNIS, ELROD, and GRAVES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the appeal is dismissed for lack of jurisdiction.

**Certified as a true copy and issued as the mandate on Sep 27, 2016**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**